IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE BONGIORNO, ADMINISTRATOR  :
OF THE ESTATE OF BRIAN BONGIORNO, :
    Plaintiff :
     :
     : Case Number: CA-05-198-Erie
v. :
     :
SSB MASCHINENBAUM GMBH, :
    Defendant :

## ACCEPTANCE OF SERVICE

    I, Dana Baiocco, Esq., do hereby accept service of the Complaint filed at the above captioned number on behalf of the defendant, SSB Maschinenbaum GMBH on the 12th day of September, 2005.

                                              JONES DAY

                               By: _____
                                     Dana Baiocco, Esq.
                                     Attorneys for Defendant

BERNARD STUCZYNSKI
& BONANTI
234 WEST SIXTH STREET
ERIE, PA 16507-1319
814/452-6232
FAX 814/454-7488