IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE BONGIORNO, Administrator of the Estate of BRIAN BONGIORNO, | : : | |
| Plaintiff, | : | Civil Action No. 05-198 (Erie) |
| v. | : : | Judge Sean McLaughlin |
| SSB MASCHINENBAUM GMBH, | : : | |
| Defendant. | : : | |

## DEFENDANT'S DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant SSB Maschinenbau GmbH, in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

/s/ Dana Baiocco
John D. Goetz (Pa. ID No. 47759)
Dana Baiocco (Pa. ID No. 81187)

JONES DAY
One Mellon Center, 31st Floor
Pittsburgh, PA  15219
Telephone:  (412) 391-3939
Fax:  (412) 394-7959

*Attorneys for Defendant SSB Maschinenbau GmbH*

Dated:  November 7, 2005

PII-1128797v1

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing Defendant SSB Maschinenbau GmbH's Disclosure was served this 7th day of November, 2005, via electronic filing upon counsel of record as follows:

> John M. Bonanti, Esq.
> BERNARD STUCZYNSKI & BONANTI
> 234 West Sixth Street
> Erie, PA 16570-1319

> */s/ Dana Baiocco*