IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE BONGIORNO, Administrator :
of the Estate of BRIAN BONGIORNO, :
    Plaintiff :
     :
     :
v. : Civil Action No. 05-198 (Erie)
     :
SSB MASCHINENBAUM GMBHM, :
    Defendant :

## PROPOSED DISCOVERY PLAN

AND NOW, come the parties by and through undersigned counsel and present the following Proposed Discovery Plan, a statement of which follows;

A.     Plaintiffs have propounded first and second sets of interrogatories and requests for production of documents upon defendant.

B.     Defendant has agreed to propound an initial set of discovery requests to plaintiffs within ten days.

C.     Defendant agrees to designate a representative who is most knowledgeable with respect to the machinery more fully described in plaintiff's complaint and in compliance with FRCP 30 (b) (6) within a reasonable period of time.

D.     The parties would propose that discovery would close on March 31st, 2006.

E.     The parties agree that all dispositive motions will be filed no later than April 30th, 2006.

F.     Plaintiff's Pre-Trial Narrative would be due May 30th, 2006.

G.     Defendant's Pre-Trial Narrative would be due June 30th, 2006.

BERNARD STUCZYNSKI
& BONANTI
234 WEST SIXTH STREET
ERIE, PA 16507-[illegible]
814/[illegible]
[illegible] 7488

Respectfully submitted,

BERNARD STUCZYNSKI & BONANTI

By _____
John M. Bonanti, Esq.
Attorneys for Plaintiffs
234 West Sixth Street
Erie, PA 16507-1319
814/452-6232

JONES DAY REVIS & POGUE

By _____
Dana Baiocco, Esq.
Attorneys for Defendant
500 Grant Street, Suite 3100
Pittsburgh, PA 15219-5959

BERNARD STUCZYNSKI
& BONANTI
234 WEST SIXTH STREET
ERIE, PA 16507-1319
814/452-6232
FAX 814/454-7488

-2-

# BERNARD STUCZYNSKI & BONANTI



ATTORNEYS AND COUNSELLORS AT LAW
234 WEST SIXTH STREET • ERIE, PENNSYLVANIA 16507-1319
TELEPHONE: 814/452-6232    -    FAX: 814/454-7488
E-MAIL *admin@BSBlegalhelp.com*
www.BSBlegalhelp.com

BRUCE W. BERNARD
JAMES J. STUCZYNSKI
*JOHN M. BONANTI

*ALSO ADMITTED IN OHIO

October 31, 2005

United States District Court
Clerk of Courts
Sixth and State Streets
Erie, PA 16501

RE:  Bongiorno v. SSB
     No. 05-198 (Erie)

Dear Sirs:

   Pursuant to the Court's Case Management Order enclosed you will find a proposed Discovery Plan for filing with the court. If you should have any questions, please feel free to call.

                              Very truly yours,

                              BERNARD STUCZYNSKI & BONANTI

                              By_____
                                 John M. Bonanti, Esq.

JMB:fmb
Enclosure
cc: Dana Baiocco, Esq.
cc: Mr. George Bongiorno