# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

George Bongiorno )
_____ )
                  )
    Plaintiff     )
                  )
    vs.           ) No. CA 05-198 E
                  )
SLB Machinebaum GMBH )
_____ )
                  )
    Defendant    )

HEARING ON _Case Management Conference_

Held on _December 6, 2005_

Before Judge _McLaughlin_

Jim Streczynski                    Dana Baiocco
_____            _____
Appear for Plaintiff               Appear for Defendant

Hearing begun _9:26 a.m._          Hearing adjourned to _9:51 am_

Hearing concluded C.A.V. _____    Stenographer _Ron Bench_

                                    Clerk _N/A_

### WITNESSES:

For Plaintiff                      For Defendant

_Rule 26(f) adopted by the Court_
_Disc - 3/31/06_
_Disp. Mtns 5/01/06 - Responses Due 5/22/06_
_Π PST 5/30/06_
_Δ PST 6/30/06_