## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE BONGIORNO, | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CA 05-198 Erie |
| | ) | |
| SSB MACHINEBAUM, | ) | |
| Defendant. | ) | |

### O R D E R

AND NOW, this 24ᵗʰ day of March,  2006, the parties have reached an agreement

to settle this matter, IT IS HEREBY ORDERED that the Clerk is directed to mark this case

administratively closed.  FURTHER ORDERED that the Parties are to file a Stipulation of

Dismissal per Fed.R.Civ.P. 41.


 s/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge


cc: All counsel of record. nmk