IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE BONGIORNO, Administrator of the Estate of BRIAN BONGIORNO, : : : | |
| Plaintiff, : | Civil Action No. 05-198 (Erie) |
| v. : : | Judge Sean McLaughlin |
| SSB MASCHINENBAUM GMBH, : : | |
| Defendant. : | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

It is stipulated by and between the parties to the above-captioned action, by their respective attorneys of record, at that all remaining claims have been voluntarily settled, and the claims of Plaintiff are hereby dismissed with prejudice, without costs or attorneys' fess to any party. The parties request that the Clerk of Courts mark this action CLOSED.

Dated: March June 1, 2006

_____
James J. Stuczynski, Esq.

BERNARD STUCZYNSKI & BONANTI
234 West Sixth Street
Erie, PA 16570-1319
Telephone: (814) 452-6232
Fax: (814) 454-7488 (fax)

*Attorneys for Plaintiff*

Dated: March ___, 2006

/s/ Dana Baiocco
John D. Goetz (Pa. ID No. 47759)
Dana Baiocco (Pa. ID No. 81187)

JONES DAY
One Mellon Center, 31st Floor
Pittsburgh, PA 15219
Telephone: (412) 391-3939
Fax: (412) 394-7959

*Attorneys for Defendant SSB Maschinenbau GmbH*

_____
McLaughlin, J

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation for Dismissal with Prejudice was served this ___ day of _____, 2006, via first class mail, postage pre-paid:

>James J. Stuczynski, Esq.
>BERNARD STUCZYNSKI & BONANTI
>234 West Sixth Street
>Erie, PA  16570-1319

/s/ Dana Baiocco

PII-1135925v1